**Exhibit A to the Complaint**

**Location:** Lansdale, PA  
**Total Works Infringed:** 47

**IP Address:** 100.11.117.129  
**ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | EDF02800ADC4CE92AF2AA4C534D96DBF7A7ED68D | Blacked | 06/25/2018 23:21:51 | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 2 | 0F4CB5BFE31D785D0469C73F83F7CEB7AF0E1F9B | Blacked | 11/07/2017 01:09:03 | 11/06/2017 | 11/27/2017 | PA0002097974 |
| 3 | 1487A26EAAAD70318258AB9F506506A8F293533A | Blacked | 05/05/2017 22:27:22 | 05/05/2017 | 06/15/2017 | PA0002037591 |
| 4 | 17132995D1EBE0F2361F9EEB998C6DE850DE46DE | Blacked | 07/04/2018 21:52:43 | 07/04/2018 | 07/15/2018 | 16822264526 |
| 5 | 1A065EDB20B869CF596C1E0776E71CCC96503985 | Blacked | 05/06/2018 00:33:12 | 05/05/2018 | 05/24/2018 | PA0002101366 |
| 6 | 1C52FF9F5A4BF07C5FB2B764C3C431B6EAFA656B | Blacked Raw | 04/28/2018 05:39:47 | 04/27/2018 | 05/24/2018 | PA0002101367 |
| 7 | 228CEAE1221ED9D9DD73CB0CBDF21E1D3136C8C1 | Blacked Raw | 02/02/2018 05:36:41 | 02/01/2018 | 02/20/2018 | PA0002104206 |
| 8 | 289FE7D65DFCFACB416832D12862105A2762841A | Blacked | 05/11/2017 22:44:39 | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 9 | 2A6219DFA3BAE923BE55268D3F9BC1E009B53FF8 | Blacked | 11/17/2017 02:01:06 | 11/16/2017 | 11/21/2017 | PA0002098042 |
| 10 | 3536507E3B6853879478882B049F4B3D61BDC807 | Vixen | 01/30/2018 00:06:37 | 01/29/2018 | 03/02/2018 | PA0002104878 |
| 11 | 3AF67ADE722E77AF5C23A9FB165F53CADB24E1AC | Blacked Raw | 11/29/2017 00:10:29 | 11/28/2017 | 01/04/2018 | PA0002097446 |
| 12 | 44F3F16CC60D7AE034BB31F4EE5BF34D9BA6DEE7 | Blacked Raw | 03/13/2018 22:43:24 | 03/13/2018 | 04/07/2018 | 16490951096 |
| 13 | 450BF9E0938225411862819CF362767C314B55CD | Blacked | 01/06/2018 01:41:33 | 01/05/2018 | 01/15/2018 | PA0002099696 |
| 14 | 47BF158F64C12785E111714AF9A6D0C692778D77 | Blacked | 10/02/2017 23:05:22 | 10/02/2017 | 10/10/2017 | PA0002086142 |
| 15 | 5003D85013A07470D85A3250EF4B3393B6E2CB04 | Tushy | 07/10/2017 23:12:52 | 07/10/2017 | 08/18/2017 | PA0002077678 |
| 16 | 51EDDB635FF070549FD46E040D455DE43870CF27 | Blacked | 05/21/2018 01:41:21 | 05/20/2018 | 06/30/2018 | 16761912270 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 53FF1B4BD8FB69630FE0A67611FE747F902F6874 | Vixen | 07/18/2017 22:56:31 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 18 | 55013B7D1DFC88C02CE9275E239C51576ECBBA21 | Tushy | 02/05/2018 23:27:05 | 02/05/2018 | 02/20/2018 | PA0002104194 |
| 19 | 554E325A9D7E7E6E67EB4F6AE427E8A6A2D051DC | Blacked | 03/12/2018 22:40:48 | 03/11/2018 | 04/07/2018 | 16490950811 |
| 20 | 5C9D075CE2E82ABF86AD93F8C2BAD8F3F31416B9 | Blacked Raw | 06/22/2018 00:53:24 | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 21 | 5CEFD7A277EED73DA4A14504D6B3FE5F9EB87F30 | Tushy | 05/27/2017 03:07:29 | 05/26/2017 | 06/22/2017 | PA0002039288 |
| 22 | 774A2CED1D4C60BC032A3D8767D4CB89D2EE3DB4 | Tushy | 06/10/2018 06:59:32 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 23 | 795F8FC40CC86742641DA2DE2E54877184532BB7 | Blacked | 01/20/2018 21:07:57 | 01/20/2018 | 03/02/2018 | PA0002104876 |
| 24 | 7D6E1740CF6A6A659668854267E70C8B6725ADB2 | Blacked | 10/17/2017 22:38:13 | 10/17/2017 | 11/27/2017 | PA0002097981 |
| 25 | 8380829FBFACEF0EE48B37AF15910E96A5E8329C | Blacked Raw | 12/24/2017 07:17:20 | 12/23/2017 | 01/15/2018 | PA0002099706 |
| 26 | 8519F3BB18D38EB8472CD07987B1BC2224E7EC22 | Vixen | 01/08/2018 05:24:00 | 10/11/2017 | 10/19/2017 | PA0002090452 |
| 27 | 8D10D805661CE0FB11430AD0057E6CD845B2EC10 | Blacked Raw | 06/12/2018 22:24:35 | 06/11/2018 | 07/09/2018 | PA0002109330 |
| 28 | 8D2373DBBCB0924F098087083CA2099E0E33504D | Blacked | 04/30/2018 22:43:54 | 04/30/2018 | 05/24/2018 | PA0002101364 |
| 29 | 8E62435AB4C0334368736908B09F717D4124BA25 | Blacked | 06/19/2018 22:42:44 | 06/19/2018 | 06/30/2018 | 16758501621 |
| 30 | 963232B05435B68AAF26F8CA9D942BB02B953191 | Blacked Raw | 11/14/2017 00:51:44 | 11/13/2017 | 11/30/2017 | PA0002098039 |
| 31 | 96AEF5CCCC986CCBC629B6F97649BCEBBC0586B2 | Blacked | 04/27/2018 04:06:11 | 04/25/2018 | 05/19/2018 | 16665887869 |
| 32 | 9C80B087C925D30BA01F72FC0EAABD8EAADF588A | Blacked | 08/20/2017 13:53:47 | 08/18/2017 | 10/10/2017 | PA0002086146 |
| 33 | A4CC592698F8CE9186D12877D051D4B0CE5B315B | Blacked | 10/08/2017 18:09:48 | 10/07/2017 | 10/19/2017 | PA0002058300 |
| 34 | A66737A2C0C052A322F7121CB249A59EEBB0E177 | Blacked | 05/31/2017 01:28:00 | 05/30/2017 | 06/22/2017 | PA0002039295 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | B0D0203A4EEE249DA60AEF1B5410408F887EC1A3 | Blacked Raw | 03/19/2018 00:27:25 | 03/18/2018 | 04/07/2018 | 16490950543 |
| 36 | B35A53A2DD4F7924ABE98E6F24803E7B9CE0FC34 | Blacked | 11/11/2017 20:15:03 | 11/11/2017 | 11/27/2017 | PA0002098000 |
| 37 | B98A2EFDFC677CCF736F05EE299CFFE744B0C694 | Blacked Raw | 06/01/2018 23:18:21 | 06/01/2018 | 06/30/2018 | 16758501522 |
| 38 | BCD52485872BB6FC354A0211E13A04CFF281937B | Blacked | 09/08/2017 05:43:50 | 09/07/2017 | 09/15/2017 | PA0002052840 |
| 39 | C8C2E5C41A5FD8B5D3E13C55DFEE59A6382FD068 | Blacked | 11/27/2017 16:15:31 | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 40 | CDE0BFFE6A003D74C8DE2CB4917CAA23537CE260 | Blacked Raw | 02/06/2018 23:52:39 | 02/06/2018 | 02/20/2018 | PA0002104186 |
| 41 | D03BF7C43A2F989CD84F9B6037D4941B7C616ED0 | Blacked | 06/14/2017 22:55:46 | 06/14/2017 | 07/07/2017 | PA0002070824 |
| 42 | E10259BB09AFE9410D944641E94048900ADEF0F2 | Blacked | 12/12/2017 01:13:35 | 12/11/2017 | 01/04/2018 | PA0002097429 |
| 43 | E373EBC6E76B672C0A56B6029898037C2E1DB07C | Blacked | 01/01/2018 17:27:18 | 12/31/2017 | 01/15/2018 | PA0002099700 |
| 44 | E4B32F35427C56CEAB683B149BBCB2CE48734A2F | Blacked Raw | 05/17/2018 22:24:13 | 05/17/2018 | 05/19/2018 | 16665887918 |
| 45 | EA709577A8FFDC2109C04A9DFA54759ADF8CE9AB | Blacked Raw | 06/06/2018 22:20:30 | 06/06/2018 | 06/30/2018 | 16761912409 |
| 46 | F55E429A48ECEE295F6E6A8AC0281EB290DB5B21 | Blacked Raw | 05/12/2018 23:35:12 | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 47 | F8DCD2F86FD488618BEB4679DAA298C1A4121D8F | Blacked | 11/01/2017 22:41:59 | 11/01/2017 | 11/27/2017 | PA0002098034 |